**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jonathan Elliot JACKSON,
Defendant–Appellant.**

**No. 05–20660
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Jonathan Elliot Jackson, Houston, TX, pro se.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Jonathan Elliot Jackson has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jackson has filed a response and moves for the appointment of new counsel. Our independent review of the record, counsel's brief, and Jackson's response discloses no non-frivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DIS-

MISSED. *See* 5TH CIR. R. 42.2. The motion for appointment of new counsel is DENIED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sergio Galindo MARTINEZ, also known as Jorge Navarrete Galindo, Defendant–Appellant.**

**No. 05–20283
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Richard Edward Banks, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

PER CURIAM: *

The attorney appointed to represent Sergio Galindo Martinez has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Galindo Martinez has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus RAMIREZ–CADENA,
Defendant–Appellant.**

**No. 05–11313
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.